# AMENDED EXHIBIT A –

# CLAIMS FILED IN THE WRONG DEBTOR CASE

**The Brown Schools, Inc.**
**Case #05-10841**
**Wrong Case**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | Reason for Disallowance |
|---|---|---|---|---|
| B&G Sales<br>Kurt Winiecki<br>DLA Piper Rudnick Gray Cary US LLP<br>203 N. La Salle, Suite 1900<br>Chicago, IL 60601 | 482 | Factory 2-U Stores, Inc. | 600.00 | (A) |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | 347 | Mark E. Quist | 8,003.69 | (A) |
| Wells Fargo Financial Bank<br>Attn: Recovery Department<br>PO Box 5058<br>Sioux Falls, SD 57117-5058 | 457 | Samuel J Riley | 1,296.00 | (A) |

(A) Claim filed in the Wrong Debtor Case

# AMENDED EXHIBIT B –

# WRONG DEBTOR CLAIMS TO BE ADJUSTED

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| 631 Atrium LLC<br>The Atrium<br>631 US Highway One, #220<br>North Palm Beach, FL 33408-4617 | 6,515.81 | 718 | TBS | TBS ED | (E) | TBS |
| A Presidential Classroom For Young Americans, Inc.<br>119 Oronoco Street<br>Alexandria, VA 22314 | 11,825.00 | 241 | TBS | CS | (E) | CS/TBS |
| A Professional Conference Call<br>6470 East Johns Crossing, Suite 100<br>Duluth, GA 30097-1500 | 5,126.41 | 115 | CS | MGMT | (E) | CS |
| Debbie Aaron<br>Route 1 Box 4458<br>Bonners Ferry, ID 83805 | 628.98 | 556 | RMA | NWA | (B) | RMA |
| Pamela Abell<br>PO Box 317<br>Sky Forest, CA 92385 | 12,259.73 | 498 | TBS | CS | (B) | TBS |
| Amy Accles<br>77-2 Still Road<br>Johnson, UT 05656 | 912.50 | 2 | TBS | NAB | (F) | TBS |
| Accurate Collision<br>6818 Denver Street<br>Bonners Ferry, ID 83805-8609 | 101.20 | 167 | RMA | NWA | (E) | RMA |
| Action Printers<br>P.O. Box 337<br>Coeur D Alene, ID 838160337 | 9,003.52 | 268 | CS | CE | (E) | CS |
| Ada Traffic Control, Lt.<br>P.O. Box 67<br>Bridgewater, VT 05034 | 7,284.50 | 178 | CS | NAB | (E) | CS |
| Advanced Reliable Cleaning<br>P.O. Box 1782<br>Post Falls, ID 83877-1782 | 311.57 | 690 | TBS | NWA | (E) | TBS |
| Adventure 16<br>P.O. Box 600690<br>San Diego, CA 92160-0690 | 117.92 | 182 | TBS | CS | (E) | TBS |
| Adventure 16<br>P.O. Box 600690<br>San Diego, CA 92160-0690 | 359.09 | 183 | TBS | RMA | (E) | TBS |
| Andrea S. Hartley, Esq.<br>Akerman Senterfitt<br>1 S.E. Third Avenue<br>Miami, FL 33131 | 32,011.34 | 716 | TBS | BSF | (E) | TBS |
| Janet Allen<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 2,655.72 | 787 | TBS | TBS ED | (B) | TBS |
| American Materials<br>P.O. Box 1088<br>Bonners Ferry, ID 83805-1088 | 7,100.00 | 171 | CS | NWA | (E) | CS/TBS |
| Richard F. Andrews<br>279 Leland Avenue<br>Menlo Park, CA 94025-6157 | 84,150.00 | 42 | TBS | CS | (C) | CS/TBS |
| Julia Andrick<br>501 S. First Ave<br>Sandpoint, ID 83864 | 4,996.16 | 687 | NWA | CE | (B) | NWA |
| Aramark Management Services, Limited Partnership<br>Francis J. Lawall<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103 | 1,678,843.60 | 155 | TBS | MGMT | (E) | MGMT/TBS |
| AT&T Bankruptcy Dept.<br>1355 W University Dr,<br>Mesa AZ 85201 | 26,334.71 | 228 | TBS | MGMT | (E) | TBS |
| Avista Utilities<br>1411 East Mission Ave.<br>Spokane, WA 99252-0001 | 38,791.87 | 142 | CE | RMA | (E) | RMA/CE |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Ellen Ball<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 3,348.84 | 774 | TBS | TBS ED | (B) | TBS |
| Gloria Bancker<br>227 Magic Oaks<br>Spring, TX 77388 | 132.98 | 225 | TBS | TBS ED | (B) | TBS |
| Barton Pharmacy<br>155 B Main Street<br>Barton, VT 05822 | 2,049.54 | 131 | CS | NAB | (D) | CS |
| Tracy Beasley<br>5919 Ridgeway Drive<br>Houston, TX 77033 | 985.00 | 68 | TBS | TBS ED | (B) | TBS |
| BellSouth Telecommunications, Inc.<br>Regional Bankruptcy Center 29EF1<br>301 W. Bay Street<br>Jacksonville, FL 32202 | 1,458.40 | 198 | TBS | MGMT | (E) | TBS |
| Benny J. Sanchez, M.D. & Assoc.<br>Business Office Systems & Solutions<br>511 W. Ohio Ste 401<br>Midland, TX 79701 | 600.00 | 238 | TBS | HLDGS | (E) | TBS |
| Benny J. Sanchez, M.D. & Assoc.<br>Business Office Systems & Solutions<br>511 W. Ohio Ste 401<br>Midland, TX 79701 | 540.00 | 239 | TBS | HLDGS | (E) | TBS |
| Carol Bera<br>PO Box 599<br>Running Springs, CA 92382 | 4,925.00 | 47 | CS | CS | (B) | CS/TBS |
| BF Readi-Mix<br>P.O. Box M<br>Bonners Ferry. ID 83805-1259 | 496.50 | 711 | NAB | RMA | (E) | NAB |
| Jim & Rosemary Bianchin<br>10789 Beaver Road<br>Oak Run, CA 96069 | 73,629.92 | 410 | TBS | CS | (C) | TBS |
| Noni Blackford<br>HCR 85 Box 306<br>Bonners Ferry, ID 83805 | 1,923.84 | 667 | RMA | NWA | (B) | NWA/RMA |
| Priscilla Blanchard<br>PO Box 2927<br>Running Springs, CA 92382 | 8,341.61 | 451 | TBS | CS | (B) | TBS |
| Christopher Blanchard<br>PO Box 2927<br>Running Springs, CA 92382 | 6,146.54 | 456 | TBS | CS | (B) | TBS |
| Blue Cross & Blue Shield of FL. Inc.<br>320 Maitland Ave.<br>Altamonte Springs, FL 32701 | 11,545.20 | 333 | TBS | BSF | (E) | TBS |
| David Boice<br>237 Kipling Dr.<br>Warminster, PA 18974-3919 | 10,117.41 | 746 | TBS | CE | (B) | TBS |
| Kennith Borg<br>PO Box 2533<br>Running Springs, CA 92382 | 5,249.40 | 5 | TBS | CS | (B) | TBS |
| Bob Bosworth<br>Box 963<br>Bonners Ferry, ID 83805-0963 | 180.00 | 259 | CS | NWA | (E) | CS |
| Boundary Electric Supply<br>HCR 85, Box 58<br>Bonners Ferry, ID 83805-9616 | 1,899.14 | 285 | TBS | NWA | (D) | TBS |
| David Bourassa<br>P.O. Box 235<br>Naples, ID 83847 | 4,113.74 | 597 | TBS | NWA | (B) | NWA/CE/TBS |
| Boyd & Greene, Llc<br>Bank of America Tower at International Place<br>100 SE Second St., 36th Floor<br>Miami, FL 33131 | 14,740.18 | 433 | TBS | BSF | (H) | TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Boyd Mustelier Smith & Parker, P.L. Bank of America Tower at International Place 100 SE Second St., 36th Floor Miami, FL 33131 | 14,740.17 | 432 | TBS | TBS | (G) | TBS |
| Ted Brauer 4467 Selle Road Sandpoint, ID 83864 | 3,617.10 | 31 | TBS | NWA | (B) | CE/TBS |
| Michael Breen 117 Rassani Drive Danville, CA 94506 | 1,620.50 | 283 | TBS | RMA | (C) | TBS |
| Ellen Brennan 2417 E. Dahlia Drive Phoenix, AZ 85032 | 20,353.47 | 149 | TBS | RMA | (C) | TBS |
| Diane Brown PO Box 803 Lake Arrowhead, CA 92352-0803 | 3,467.86 | 346 | TBS | CS | (B) | TBS |
| James Brown 1594 Gun Club Road Sagle, ID 83860 | 9,889.68 | 429 | TBS | NWA | (B) | NWA/TBS |
| Kenneth A. Buxton 2651 J. Cliff View Dr. Cottonwood, AZ 86326 | - | 164 | TBS | CS | (D) | CS/TBS |
| Callie's Niche P.O. Box 1153 Bonners Ferry, ID 83805-1153 | 556.70 | 372 | TBS | NWA | (E) | TBS |
| Patricia Michelle Cardinaletti HCR 85 Box 8744 Country Road 30-C Bonners Ferry, ID 83805 | - | 58 | TBS | NWA | (B) | TBS |
| Kevin Carey P.O. Box 31 Bancroft, ID 83217 | 2,947.84 | 453 | RMA | NWA | (B) | NWA/RMA |
| Caribou Mountain Lodge Remmenter Inc. P.O. Box 542 Kootenai, ID 83840-0542 | 1,821.60 | 698 | TBS | RMA | (E) | TBS |
| Joseph Carter III 5710 Woodmancote Houston, TX 77346 | 2,060.76 | 223 | TBS | TBS ED | (B) | TBS |
| Karen Cartwright HCR-01 Box 245 Naples, ID 83847 | 2,000.00 | 16 | TBS | NWA | (B) | CE/TBS |
| Daniel Casella P.O. Box 2722 Running Springs, CA 92382-2722 | 4,060.00 | 277 | TBS | CS | (B) | TBS |
| Centex Com Inc. P.O. Box 16259 Austin, TX 78761-6259 | 6,135.86 | 702 | TBS | MGMT | (E) | TBS |
| John Chaplin P.O. Box 2630 Sandpoint, ID 83864 | 2,128.00 | 649 | NWA | RMA | (B) | RMA/NWA |
| Charles Bacon Excavating Inc P.O. Box 2357 Running Springs, CA 92382-2357 | 3,875.00 | 342 | RMA | CS | (E) | RMA |
| Charlotte and Anthony Adamis 42 Josephine Ave Kingslow, NY 12401 | 13,397.00 | 220 | TBS ED | CS | (C) | TBS ED/TBS |
| Christine Chastain PO Box 633 Running Springs, CA 92382 | 1,534.65 | 37 | CS | CS | (B) | CS/TBS |
| Citicorp Vendor Finance Inc. FKA Copelco Capital Attn: Susan Birch 1800 Overcenter Drive Moberly, MO 65270 | 13,102.33 | 258 | TBS | NWA | (E) | TBS |
| Clear Lake Shores Coun 1006 South Shore Drive, S Kemah, TX 77565-2490 | 1,710.00 | 297 | TBS | TBS ED | (E) | TBS |
| Cleary Shiahi & Aicher, PC PO Box 6740 Rutland, VT 05702 | 4,404.00 | 536 | TBS | NAB | (E) | TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Edward Cohen<br>1018 N. Breen's Bay Road<br>Oconomowoc, WI 53066 | 1,648.21 | 329 | TBS | NWA | (C) | TBS |
| Carrie Sue Cohen<br>118 South 3rd Ave.<br>Sandpoint, ID 83864 | 177.64 | 365 | RMA | NWA | (B) | RMA |
| Colodny, Fass Talenfled, Karlinsky &<br>Abate, PA<br>2000 W Commerical B, Suite 232<br>Fort Lauderdale, FL 33309 | 14,968.00 | 448 | TBS | BSF | (E) | TBS |
| Colonial Paper Inc.<br>P.O. Box 310<br>Silver Springs, FL 34489-0310 | 1,494.58 | 275 | TBS | BSF | (E) | TBS |
| George Condas<br>25610 Pacific Circle<br>Mission Viejo, CA 92692 | 47,773.70 | 233 | CS | CE | (B) | CS |
| Randena L. Cook<br>HC1 Box 412<br>Naples, ID 83847 | 3,753.86 | 522 | RMA | NWA | (B) | RMA/NWA/TBS |
| Coop Country Store<br>125 Tibbets Lane<br>Ponderay, ID 83852-9754 | 10.90 | 298 | TBS | CE | (E) | CE/TBS |
| Coop Country Store<br>125 Tibbets Lane<br>Ponderay, ID 83852-9754 | 103.26 | 299 | TBS | NWA | (E) | NWA/TBS |
| Cornell Smith LLP<br>1221 South Mopac Expressway, Suite<br>330<br>Austin, TX 78746 | 90,399.38 | 694 | TBS | TBS | (G) | TBS |
| Corporate Express Office Products, Inc.<br>Attn: Bryan Mannlein<br>PO Box 71217<br>Chicago, IL 60694 | 2,962.81 | 222 | TBS | MGMT | (E) | TBS |
| Marlene Cote<br>PO Box 7197<br>Big Bear Lake, CA 92315 | 6,943.76 | 227 | TBS | CS | (B) | CS/TBS |
| Cowin, James And Janice<br>P.O. Box 1000<br>Bonners Ferry, ID 83805-1000 | 3,545.00 | 679 | TBS | RMA | (E) | TBS |
| Patrick Craig<br>P.O. Box 1010<br>Sagle, ID 83860 | 8,255.81 | 14 | TBS | NWA | (B) | CE/TBS |
| Nicole D. Richardson<br>P.O. Box 3067<br>Lake Arrowhead, CA 92352 | 3,427.56 | 660 | TBS | CS | (B) | CS/NWA/TBS |
| Emmitt Daniels, Jr<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 4,068.21 | 783 | TBS | TBS ED | (B) | TBS |
| Neal Davis<br>1313 Division B<br>Sandpoint, ID 83864-6280 | 5,695.17 | 480 | TBS | NWA | (B) | TBS |
| Department of Justice<br>Acct. Office Cashier Unit<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | 1,896.00 | 201 | TBS | CS | (D) | TBS |
| Mack Deshay, Jr.<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 3,156.38 | 772 | TBS | TBS ED | (B) | TBS |
| Devries Information Mngmt<br>601 East Pacific Avenue<br>Spokane, WA 99202-2227 | 2,073.03 | 172 | NWA | CE | (E) | NWA |
| Richard Dewsnap<br>PO Box 308<br>Cedar Glenn, CA 92321 | 3,609.79 | 602 | NWA | CS | (B) | CS/NWA/TBS |
| Discount School Supply<br>File 73847<br>PO Box 60000<br>San Francisco, CA 94160-0001 | 103.60 | 417 | TBS | BSF | (E) | TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Judith Dolan<br>315 Parker Avenue<br>Buffalo, NY 14216 | 31,275.34 | 202 | TBS | RMA | (C) | TBS |
| Christine Drapeau<br>6856 Truman Street<br>Bonners Ferry, ID 83805 | 4,549.96 | 397 | TBS | RMA | (B) | RMA/TBS |
| Ryan Eaton<br>HCR 60 Box 261A<br>Bonners Ferry, ID 83805 | 2,774.43 | 559 | CS | NWA | (B) | CS/NWA |
| Eberharter-Maki & Tappen, PA<br>818 La Cassia Drive<br>Boise, ID 83705-2253 | 231.60 | 204 | TBS | NWA | (E) | TBS |
| Darrell Ellison<br>3702 Belgrade<br>Houston, TX 77045 | 4,400.16 | 99 | TBS | TBS ED | (B) | TBS ED/TBS |
| Enchanted Florist<br>Rt. 1 Box 1960 B<br>Bonners Ferry, ID 83805-8674 | 635.40 | 308 | TBS | RMA | (E) | TBS |
| Deborah Esselbach<br>HCR 85 Box 8373<br>Bonners Ferry, ID 83805 | 1,074.23 | 663 | CS | NWA | (B) | CS |
| Federal Express Corporation<br>Attn: Revenue Recovery/Bankruptcy<br>2005 Corporate Avenue, 2nd Floor<br>Memphis, TN 38132 | 15,343.88 | 226 | TBS | MGMT | (E) | TBS |
| Food Services of America<br>P.O. Box 6248<br>Spokane, WA 99217-0904 | 10,050.06 | 162 | CS | NWA | (E) | CS |
| Sherry Foster<br>236 Sweetgrass Lane<br>Sandpoint, ID 83864 | 1,948.80 | 626 | TBS | NWA | (B) | NWA/TBS |
| Jerry Frank Jones<br>c/o Chris Elliot, Esq<br>Crews & Elliot PC<br>Building 3, Suite 200<br>4601 Spicewood Springs Rd<br>Austin TX 78759 | 150,000.00 | 547 | NAB | HLDGS | (E) | NAB |
| Fred's Propane Inc.<br>PO BOX 122<br>Lyndonville, VT 05851 | 24,866.53 | 4 | TBS | NAB | (E) | TBS |
| Steffi Friedman<br>9 Yankee Hill Road<br>Wesport, CT 06880 | 3,184.42 | 715 | TBS | NWA | (C) | TBS |
| Michael Garside<br>927 Sitting Bull Road<br>Sandpoint, ID 83864 | 4,179.04 | 49 | TBS | RMA | (B) | TBS |
| Carolyn Garside<br>927 Sitting Bull Road<br>Sandpoint, ID 83864 | 1,835.46 | 50 | TBS | RMA | (B) | TBS |
| Ernie Garza<br>P.O. Box 544<br>Dover, ID 83825 | 5,925.00 | 6 | TBS | NWA | (B) | CE/TBS |
| Geistweidt, Gerald<br>P.O. Box 1909<br>Mason, TX 76856-1909 | 2,073.23 | 193 | TBS | MGMT | (E) | TBS |
| Dennis Gilbert<br>6 Crawford Lane<br>Scarsdale, NY 10583 | 28,276.51 | 90 | TBS | RMA | (C) | TBS |
| Nancy Gilbert<br>6 Crawford Lane<br>Scarsdale, NY 10583 | 28,276.51 | 91 | TBS | RMA | (C) | TBS |
| Global Compliance Services<br>13950 Ballantyne Corp, Suite 300<br>Charlotte, NC 28277-3193 | 1,750.00 | 302 | TBS | MGMT | (E) | TBS |
| GMAC<br>P.O. Box 130424<br>Roseville, MN 55113 | 8,974.30 | 825 | TBS | NAB | (E) | TBS |
| Robert Goldworm<br>1402 Lake Street<br>Sandpoint, ID 83864 | 3,602.80 | 229 | CE | NWA | (B) | CE/TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Glenn Gottfried<br>27770 Homestead Rd<br>Laguna Niguel, CA 92677 | 34,980.82 | 608 | TBS | CS | (C) | TBS |
| Barbara Ann Gray<br>18 West Fourth St.<br>Media, PA 19063 | 30,544.00 | 210 | TBS | CS | (C) | TBS |
| Greenspoint Investors, Inc.<br>c/o Susan C. Matthews, Esq.<br>1221 McKinney, Suite 4400<br>Houston, TX 77010 | 530,902.84 | 749 | ALL | TBS ED | (E) | ALL/TBS |
| Dawn Grow<br>7024 CR 2A<br>Bonners Ferry, ID 83805 | 780.54 | 628 | TBS | NWA | (B) | NWA/TBS |
| Hall & Evans, LLC<br>Attn: Chris McGrath<br>1125 Seventeenth St, Suite 600<br>Denver CO 90202 | 5,755.00 | 526 | TBS | HLDGS | (E) | TBS |
| Melinda Hampton<br>6762 Wilson St, Apt 11<br>Bonners Ferry, ID 83805 | 563.56 | 476 | TBS | NWA | (B) | NWA/TBS |
| Anvernette Hanna<br>501 Clinton St<br>Brooklyn, NY 11231-3352 | 3,992.86 | 652 | TBS | CE | (B) | TBS |
| Michael Hardybala<br>615 Sedgefield Dr<br>Bloomfield Hills, MI 48304 | 40,090.50 | 264 | TBS | CS | (C) | CS/TBS |
| Harris County/City of Houston<br>John P. Dillman Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064        Houston, TX 77253-3064 | 1,771.73 | 800 | TBS | TBS ED | (E) | TBS |
| Rose Headings<br>HCR 60 Box 33<br>Bonners Ferry, ID 83805 | 3,547.66 | 445 | TBS | NWA | (B) | NWA/TBS |
| Heights Transportation, Inc.<br>8638 Catalina Lane<br>Houston, Texas 77075 | 34,462.50 | 87 | TBS | TBS ED | (E) | TBS |
| Nelva Hernandez<br>12002 Anchick Street<br>Houston, TX 77076 | 790.06 | 235 | TBS | TBS ED | (B) | TBS |
| Highwoods 3322, LLC<br>Madison L. Cashman<br>Stites & Harbison PLLC<br>424 Church Street, Suite 1800<br>Nashville, TN 37219 | 16,670.88 | 88 | TBS | MGMT | (D) | MGMT/TBS |
| Holden, Capron & Carr<br>200 Reunion Center<br>9 East Fourth Street<br>Tulsa, OK 74103-5103 | 20,942.89 | 386 | TBS | HLDGS | (E) | TBS |
| Evenlyn Holloway<br>15122 Chasehill<br>Missouri City, TX 77489 | 3,875.00 | 100 | TBS | TBS ED | (F) | TBS ED/TBS |
| Hot Shots Video Production<br>485 B Sandcreek Lane<br>Sandpoint, ID 83864-9435 | 530.44 | 691 | TBS | NWA | (E) | TBS |
| Houghton Mifflin<br>P.O. Box 13721<br>Newark, NJ 07188-0001 | 398.49 | 209 | TBS | NAB | (E) | TBS |
| Jaime Housepian-Stiansen<br>PO Box 1782<br>Running Springs, CA 92382-2782 | 4,750.73 | 439 | TBS | CS | (B) | NAB/TBS |
| Houston ISD<br>John P. Dillman Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | 2,510.21 | 801 | TBS | TBS ED | (E) | TBS |
| Houston Voice Solution<br>2656 S. Loop West, Suite 103a<br>Houston, TX 77054-2664 | 451.67 | 181 | TBS | MGMT | (E) | TBS |
| Margaret Hutmatcher<br>12905 Woodforest #504<br>Houston, TX 77015-2763 | 4,400.00 | 101 | TBS | TBS ED | (F) | TBS ED/TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| IECA<br>3251 Old Lee Hwy, Suite 510<br>Fairfax, VA 22030-1504 | 3,105.00 | 184 | NAB | NWA | (E) | NAB |
| IECA<br>3251 Old Lee Hwy, Suite 510<br>Fairfax, VA 22030-1504 | 485.00 | 186 | NWA | CS | (E) | NWA |
| Ikon Office Solutions<br>Accounts Receivable Center<br>Attn: Bankruptcy Team<br>5400 Bowman Road<br>Macon, Georgia 31210 | 2,268.63 | 254 | ALL | MGMT | (E) | ALL |
| ILF Media LLC<br>207 West Nora Ave.<br>Spokane, WA 99205 | 1,475.00 | 135 | CS | RMA | (E) | CS/TBS |
| Mary Imaz<br>11224 N. Boyer A<br>Sandpoint, ID 83864 | 5,675.42 | 370 | TBS | RMA | (B) | RMA/TBS |
| J.B. Portables Mini Strg<br>P.O. Box 1415<br>Bonners Ferry, ID 83805-1415 | 102.58 | 208 | TBS | RMA | (E) | TBS |
| J.C. Carpenter & Company<br>11646 Riverchase Run<br>West Palm Beach, FL 33412-1616 | 48,325.00 | 107 | CS | CE | (E) | CS/TBS |
| Emily Jacobs<br>P.O. Box 4438<br>Crestline, CA 92325-4438 | 490.00 | 344 | TBS | CS | (F) | CS/TBS |
| Jacob's Towing<br>P.O. Box 1873<br>Bonners Ferry, ID 83805-1873 | 75.00 | 248 | TBS | NWA | (E) | TBS |
| Dawn James<br>PO Box 465<br>Lake Arrowhead, CA 92352 | 2,888.76 | 475 | CS | NWA | (B) | NWA/CS |
| Jan Fulwiler, Phd<br>Fulwiler Developments<br>3324 Prarie Glade Rd.<br>Middleton, WI 50562-1776 | 15,600.00 | 438 | CS | CE | (E) | CS |
| Stanley Johnson<br>6308 McCall Street #20<br>Bonners Ferry, ID 83805 | 1,492.17 | 492 | CS | RMA | (B) | CS/RMA |
| Wanda Johnson<br>6308 McCall Street #20<br>Bonners Ferry, ID 83805 | 1,492.17 | 493 | CS | NWA | (B) | CS/NWA |
| Roy Johnstone<br>12848 10th St<br>Yucarpa, CA 92399 | 8,712.41 | 499 | RMA | CS | (B) | RMA/CS |
| KDL Hardware Supply, Inc.<br>P.O. Box 21226<br>Seattle, WA 98111-3226 | 345.12 | 108 | CS | NWA | (E) | CS/TBS |
| Beverly Kee<br>515 Pine St, Suite 1<br>Sandpoint, ID 83864-1640 | 2,230.76 | 675 | TBS | MGMT | (B) | TBS |
| Karl Kent<br>c/o US Bankruptcy Court<br>District of Delaware<br>Attn: Claims<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | 1,181.06 | 552 | TBS | CS | (B) | TBS |
| Kloke Transfer, Inc.<br>Beth Kloke<br>10 E Belt Blvd<br>Richmond, VA 23224 | 8,105.00 | 440 | TBS | CE | (E) | TBS |
| KM Produce<br>P.O. Box 444<br>Highland, CA 92346-0444 | 5,962.30 | 153 | NAB | CS | (E) | NAB |
| James and Sharon Koshak<br>3401 Deer Ridge Drive<br>Danville, CA 94506 | 5,605.00 | 144 | TBS | NWA | (C) | TBS |
| John & Lori Kott<br>3 Thorten Place<br>Coto DeCaza, CA 92679 | 13,035.00 | 666 | TBS | NWA | (C) | NWA/TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Carol Koukoutsis<br>220 Elm St<br>St. Johnsbury, VT 05819 | 2,838.30 | 415 | CS | NAB | (B) | NAB/CS |
| Scott Krech<br>1239 Brookside Ave<br>Redlands, CA 92373 | 3,068.00 | 40 | TBS | CS | (B) | CS/TBS |
| Kroll Background America<br>PO Box 1418<br>Columbus, GA 31902-1418 | 878.50 | 422 | TBS | NAB | (E) | TBS |
| La Quinta Inns<br>415 Cedar Street<br>Sandpoint, ID 83864-1414 | 3,023.27 | 125 | CS | CE | (E) | CS |
| Robert Lane<br>2034 Summycreek Court<br>Upland, CA 91784-7930 | 1,049.60 | 320 | TBS | CE | (B) | TBS |
| William Lane<br>720 Seagirt Court<br>San Diego, CA 92109-7017 | 45,569.00 | 490 | TBS | CE | (B) | TBS |
| Carol Lane<br>720 Seagirt Court<br>San Diego, CA 92109-7017 | 5,928.00 | 491 | TBS | CE | (B) | TBS |
| Larry Stednitz, Ph. D.<br>446 Arbutus Ave.<br>Morro Bay, CA 93442-2604 | 4,540.00 | 170 | TBS | CS | (F) | CS/TBS |
| Dennis Lavalley<br>257 Ravenwood Lane<br>Sandpoint, ID 83864-8950 | 350.00 | 316 | TBS | CE | (F) | TBS |
| Law Office of Jennifer Carroll<br>700 Village Square Crossing, Suite 101<br>West Palm Beach, FL 33410-4532 | 2,604.66 | 717 | TBS | BSF | (E) | TBS |
| Law Offices of Randy Leavitt<br>P.O. Box 684550<br>Austin, TX 78768-4550 | 66,007.50 | 389 | TBS | TBS | (G) | TBS |
| Lawton Brothers<br>1507 S. Pine Ave.<br>Ocala, FL 34474-4047 | 962.73 | 252 | TBS | BSF | (E) | TBS |
| Val Lethrud<br>P.O. Box 1545<br>Bonners Ferry, ID 83805-1545 | 3,167.00 | 653 | TBS | NWA | (B) | TBS |
| David & Deborah Lewy<br>18308 NE 133rd St.<br>Redmond, WA 98052-1194 | 44,660.02 | 318 | TBS | RMA | (C) | TBS |
| Lewis Brisbois Bisgaard & Smith, LLP<br>Mary Whitaker, Esq<br>221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA 90012 | 48,681.67 | 361 | TBS | CS | (E) | TBS |
| Lana Lezcano<br>4904 26th Ave W.<br>Bradenton, FL 34209 | 31,578.95 | 79 | TBS | NAB | (C) | TBS |
| Erin M Loman<br>P.O. Box 731<br>Sandpoint, ID 83864 | 1,600.00 | 570 | NWA | NWA | (B) | NWA/TBS |
| Lyndonville Hardware<br>Box 22<br>Route 5 Broad St<br>Lyndonville, VT 05851 | 444.60 | 157 | TBS | NAB | (E) | TBS |
| Lyndonville Office Equipment<br>P.O. Box 1307<br>Lyndonville, VT 05851-1307 | 965.21 | 177 | NWA | NAB | (E) | NWA |
| Nolan Maehara & Sandra Salamoto<br>26 Via Malona<br>Rancho Palos Verdes, CA 90275 | 56,994.00 | 269 | TBS | CS | (C) | CS/TBS |
| Robert and Donna Maguire<br>24902 Via Florecer<br>Mission Viejo, CA 92692 | 11,341.74 | 133 | TBS | NWA | (C) | CE/TBS |
| Sheryl Maier<br>6893 Cody<br>Bonners Ferry, ID 83805 | 3,519.24 | 531 | TBS | NWA | (B) | CE/NWA/TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Charles Maile<br>1260 Woodhill Ave.<br>Wayzata, MN 55391-9114 | 6,683.11 | 710 | TBS | RMA | (C) | TBS |
| Susie Majeski<br>HCR 62 Box 17B<br>Moyie Springs, ID 83845-9702 | 1,870.00 | 488 | TBS | RMA | (F) | TBS |
| Linda Manley<br>HCR 62 Box 10<br>Moyie Springs, ID 83845 | 9,534.58 | 436 | TBS | RMA | (B) | RMA/TBS |
| Manoogian & Manoogian, Inc.<br>d/b/a Baseline Mobile<br>6151 S.E. 58th Ave<br>Ocala, FL 34480 | 20,768.93 | 409 | TBS | BSF | (D) | TBS |
| Mark Art Productions<br>669 Blakely Dr.<br>Kingsport, TN 37664-5446 | 284.30 | 116 | CS | CE | (E) | CS |
| Teresa Marquette<br>6566 Monroe St.<br>Bonners Ferry, ID 83805 | 364.50 | 360 | TBS | NWA | (E) | TBS |
| May Store<br>P.O. Box 92<br>Lyndonville, VT 05851-0092 | 1,887.27 | 293 | TBS | NAB | (E) | TBS |
| McCabe & Co. Booksellers<br>P.O. Box 3328<br>Crestline, CA 92325-3328 | 585.47 | 150 | NWA | CS | (E) | NWA |
| Kevin McFarlin<br>PO Box 1524<br>Running Springs, CA 92382 | 2,563.48 | 212 | CS | CS | (B) | CS/TBS |
| Janeith L. McGee<br>P.O. Box 133203<br>Big Bear Lake, CA 92315 | 2,333.74 | 211 | CS | CS | (B) | CS/TBS |
| Douglas McKnight<br>4097 Bottle Bay Road<br>Sagle, ID 83860 | 37,164.60 | 538 | NWA | CE | (B) | NWA |
| Barbara McMillan<br>132 Tailback Rd<br>Troy, MT 59935 | 1,299.35 | 21 | CS | NWA | (B) | NWA/CS/TBS |
| Medical Practices of North Country Hospital<br>189 Prouty Drive<br>Newport, VT 0588-9820 | 1,222.00 | 203 | TBS | NAB | (E) | TBS |
| Liza Hirsch Medina<br>1627 Angelus Ave<br>Los Angeles, CA 90026 | 79,264.66 | 463 | TBS | CS | (C) | TBS |
| Merlo, Kanofsky, Brinkmeier & Geggs<br>208 S. LaSalle St, Ste 950<br>Chicago, IL 60604 | 30,222.38 | 64 | TBS | HLDGS | (E) | TBS |
| Alan Millar<br>601 Pinecrest Loop<br>Sandpoint, ID 83864 | 20,390.27 | 477 | TBS | NWA | (B) | CE/NWA/TBS |
| Scott Miller<br>PO Box 1153<br>Sandpoint, ID 83864 | 5,551.15 | 53 | CE | CE | (B) | CE/TBS |
| Jeffrey C. & Linda W. Miller<br>5827 Washington Ave<br>Whittier, CA 90601 | 9,565.74 | 349 | TBS | CS | (C) | TBS |
| Roy Q. Minton<br>c/o Minton Burton Foster & Collins, P.C.<br>1100 Guadalupe Street<br>Austin, TX 78701 | 56,052.84 | 704 | TBS | TBS | (G) | TBS |
| Mission Inn<br>3649 Mission Inn Ave.<br>Riverside, CA 92501-3365 | 54,352.63 | 143 | TBS | CS | (D) | CS/TBS |
| Morris, Nichols, Arsht & Tunnell<br>Attn: Robert J. Dehney, Esq.<br>Daniel B. Butz, Esq.<br>1201 N. Market Street, P.O. Box 1347<br>Wilmington, DE 19899-1347 | 89,000.00 | 640 | TBS | NWA | (E) | TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Mountain Publishing Inc.<br>P.O. Box 2104<br>Sandpoint, ID 83864-0900 | 70.10 | 321 | TBS | CE | (E) | TBS |
| Marcia L. Munson<br>3936-21st Avenue South<br>Minneapolis, MN 55407-3070 | 28,923.72 | 20 | TBS | CS | (C) | TBS |
| Jason Munzke<br>P.O. Box 255<br>Naples, ID 83847-0255 | 6,314.11 | 338 | TBS | RMA | (B) | TBS |
| My Mechanic<br>P.O. Box 2246<br>Running Springs, CA 92382-2246 | 1,361.74 | 294 | TBS | CS | (E) | TBS |
| National City Bank of the Midwest<br>2021 Spring Rd Ste 600,<br>Oak Brook, IL 60523 | 5,900.00 | 246 | TBS | NWA | (C) | CE/TBS |
| JoAnn Neumayer<br>Rt. 1 Box 3842<br>Bonners Ferry, ID 83805 | 352.17 | 461 | RMA | NWA | (B) | RMA/NWA/TBS |
| New England Psychologists<br>P.O. Box 812068<br>Wellesley, MA 02482-0013 | 310.00 | 132 | CS | NAB | (E) | CS |
| North American Van Lines<br>Glenn M. Reisman, Esq.<br>Attorney for North American Van Lines<br>Two Corporate Drive, Suite 648<br>P.O. Box 861, Shelton, CT 06484-0861 | 7,530.66 | 207 | CS | NWA | (E) | CS |
| North Country Vending<br>10 Jones St.<br>Saint Johnsbury, VT 05819-1423 | 1,609.00 | 335 | TBS | NAB | (E) | TBS |
| Northwest Psychiatric Assoc.<br>P.O. Box 1356<br>Coeur D Alene, ID 83816-1356 | 1,000.00 | 266 | CS | NWA | (D) | CS |
| Oriental Trading Co.<br>4206 S. 108th St.<br>Omaha, NE 68137-1233 | 646.56 | 199 | TBS | NAB | (E) | TBS |
| Pacific Steel & Recycling<br>1000 Triangle<br>Ponderay, ID 83852-9730 | 202.67 | 267 | TBS | RMA | (E) | TBS |
| Diane Palm<br>5401 Rampart #708<br>Houston, TX 77081 | 868.74 | 310 | TBS | TBS ED | (B) | TBS ED/TBS |
| Palmer Brothers, Inc.<br>179 Eastern Ave, Suite A<br>Saint Johnsbury, VT 05819-2656 | 546.25 | 179 | TBS | NAB | (E) | TBS |
| Frank Paluch<br>7214 Quick Ave.<br>River Forest, IL 60305-1937 | 7,384.00 | 65 | TBS | CS | (C) | TBS |
| Pary Rentals, Inc.<br>24831 Redlands Blvd<br>Loma Linda, CA 923544013 | 255.91 | 286 | TBS | CS | (E) | TBS |
| Pass Word Inc.<br>1303 W. First Avenue<br>Spokane, WA 92201-4190 | 492.77 | 643 | CS | NWA | (E) | CS |
| Linda Paulus<br>P.O. Box 86<br>Bonners Ferry, ID 83805 | 1,686.00 | 17 | TBS | NWA | (B) | CE/TBS |
| Daniel Paulus<br>P.O. Box 86<br>Bonners Ferry, ID 83805 | 712.50 | 28 | TBS | NWA | (B) | CE/TBS |
| Pearson<br>200 Old Tappan Rd<br>Old Tappan, NJ 07675 | 7,064.27 | 83 | TBS | BSF | (E) | BSF/TBS |
| Crystal Peugh<br>4127 Admiral Ct.<br>Mission City, Texas 77459 | 2,375.00 | 134 | TBS | TBS ED | (F) | TBS ED/TBS |
| Linda Phipps<br>10027 Spotted Horse Drive<br>Houston, TX 77064-5304 | 1,620.00 | 102 | TBS | TBS ED | (F) | TBS ED/TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Michael W. Pintler<br>2428 NE Jacklope Ct.<br>Prineville, OR 97754 | 1,423.84 | 534 | TBS | NWA | (B) | CE/TBS |
| Danielle Pintler<br>2428 NE Jacklope Ct.<br>Prineville, OR 97754 | 1,113.73 | 535 | TBS | NWA | (B) | CE/TBS |
| Jeffrey Aaron Polzin<br>100 Schubauer Dr.<br>Cary, NC 27513 | 86,896.78 | 85 | TBS | NWA | (C) | TBS |
| Aaron Purcell<br>42 Queens Street<br>Steilacoom, WA 98388 | 26,416.01 | 604 | CE | RMA | (C) | CE/TBS |
| Quality Farm & Garden<br>P.O. Box N<br>Bonners Fery, ID 83805-1260 | 444.96 | 109 | CS | RMA | (E) | CS |
| Randy Raan<br>PO Box 951<br>Troy, MT 59935 | 536.08 | 22 | CS | RMA | (B) | RMA/CS |
| Denise Raan<br>PO Box 951<br>Troy, MT 59935 | 569.76 | 23 | CS | RMA | (B) | RMA/CS |
| Jerry Ramsey<br>PO Box 471<br>Sheffield, VT 05866 | 3,733.67 | 533 | TBS | NAB | (B) | NAB/TBS |
| Paul Rawlings<br>Route 1 Box 522<br>Bonners Ferry, ID 83805 | 1,170.00 | 528 | NWA | CE | (B) | NWA |
| Refrigeration Control<br>2223 Monroe St.<br>Riverside, CA 92504-5210 | 571.42 | 376 | TBS | CS | (E) | TBS |
| Region 5<br>2295 Delware St.<br>Beaumont, TX 77703-4222 | 3,815.00 | 197 | TBS | TBS ED | (E) | TBS |
| Restaurant Appliance Service<br>7219 Roosevelt Way NE<br>Seattle, WA 98115 | 297.44 | 89 | TBS | NWA | (E) | TBS |
| Stanley Rickter<br>P.O. Box 3067<br>Lake Arrowhead, CA 92352 | 1,650.00 | 586 | CS | CE | (B) | CS |
| Kristina Rickter<br>PO Box 3067<br>Lake Arrowhead, CA 92352 | 11,713.21 | 587 | NWA | CS | (B) | NWA/CS/TBS |
| Stanley Rickter<br>PO Box 3067<br>Lake Arrowhead, CA 92352 | 2,190.00 | 600 | TBS | CS | (B) | CS/TBS |
| Roger Rinn<br>2011 Gallatin St. SW<br>Huntsville , AL 35801 | 48,993.54 | 684 | TBS | CE | (B) | TBS |
| Beverly Roberts<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 6,509.12 | 792 | TBS | TBS ED | (B) | TBS |
| Michael Robinson<br>1024 Maxwell Lane<br>Bloomington, IN 47401 | 8,550.00 | 174 | TBS | RMA | (C) | TBS |
| Robert Robles & Donna DiCenzo<br>67 Tara Rd<br>Orinda, CA 94563 | 13,279.36 | 224 | CE | CS | (C) | CE/TBS |
| Daniel Roman, Jr.<br>912 N. Sonoita Ave<br>Tuscan, AZ 85711 | 9,495.24 | 257 | TBS | RMA | (C) | TBS |
| Ron Volper Group, Inc<br>70 West Red Oak Lane, Suite 445<br>White Plains, NY 10604-3602 | 25,240.67 | 139 | RMA | CE | (E) | RMA |
| Tent Rose and Mario McDonald<br>c/o Leibard Klau, Esq<br>Klatt & Slvie, P.A.<br>7735 SW State Rd<br>Ocala, FL 34476 | 30,000.00 | 420 | NWA | BSF | (E) | NWA |
| Renee Roulets<br>PO Box 349<br>Cedar Glenn, CA 92321 | 4,925.00 | 555 | NWA | CS | (B) | CS/NWA |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Runge Furniture Co. 303 E. Spokane Ave. Coeur Dalene, ID 83814-3293 | 878.09 | 159 | CS | NWA | (E) | CS |
| Salesforce.com The Landmark Q One Market Suite 300 San Francisco, CA 94105 | 7,920.00 | 481 | TBS | CS | (E) | TBS |
| Sartin Services Southeast P.O. Box 7772 High Point, NC 27264 | 313.00 | 639 | TBS | BSF | (E) | BSF/TBS |
| Michael R. Scotti P.O. Box 3089 Running Springs, CA 92382 | 2,381.86 | 638 | TBS | CS | (B) | CS/TBS |
| Charles Selent PO Box 1207 Bonners Ferry, ID 83805-1207 | 12,797.66 | 396 | CS | CE | (B) | CS |
| Lynn Self HC1 Box 240 Naples, ID 83847 | 2,095.43 | 455 | TBS | NWA | (B) | NWA/CE/TBS |
| Christel Shaw PO Box 6547 Malibu, CA 90264 | 13,035.00 | 421 | TBS | NWA | (C) | TBS |
| Kathy Shingler 2080 W 10th Ave Apt 201 Broomfield , CO 80020 | 4,122.41 | 504 | TBS | CS | (B) | TBS |
| Travis Simmons 1130 Brashear Lane Cedar Park, TX 78613 | 4,464.25 | 747 | TBS | MGMT | (B) | TBS |
| Cindy Simpson, MSW, PH. D. P.O. Box 3200 Running Springs, CA 92382 | 3,168.00 | 215 | TBS | CS | (F) | CS/TBS |
| R. Keith Simpson, DO, DPH P.O. Box 3200 Running Springs, CA 92382 | 3,562.50 | 216 | TBS | CS | (F) | CS/TBS |
| Cambria Sims Box 525 Bonners Ferry, ID 83805 | 7,387.78 | 709 | TBS | NWA | (B) | NWA/TBS |
| Stephen F. Smith, Esq. P.O. Box C Sandpoint, ID 83864-0117 | 567.75 | 250 | RMA | MGMT | (E) | RMA |
| Stephen F. Smith, Esq. P.O. Box C Sandpoint, ID 83864-0117 | 168.00 | 256 | NWA | MGMT | (E) | NWA |
| Vikki Snider HC1 Box 328X Naples, ID 83847-9721 | 3,199.53 | 712 | TBS | CE | (B) | TBS |
| Southern California Edison Company Attention: Credit and Payment Services 300 N. Lone Hill Ave San Dimas, CA 91773 | 12,885.69 | 86 | TBS | CS | (E) | TBS |
| Southwest Teacher Supply 7497 Southwest Freeway Houston, TX 77074-1996 | 1,092.24 | 196 | TBS | TBS ED | (D) | TBS |
| Southwestern Bell Telephone Co. L.P. P.O. Box 981268 West Sacramento, CA 95798 | 5,089.75 | 686 | TBS | CS | (D) | TBS |
| Steve's Auto Supply P.O. Box 3290 Running Springs, CA 92382-3290 | 521.16 | 165 | TBS | CS | (E) | CS/TBS |
| Kathy Stueve HCR61 Box 140ZD Bonners Ferry, ID 83805 | 1,775.81 | 582 | RMA | NWA | (B) | RMA |
| Patricia Swan 2820 SW Juniper Ave Redmond, OR 99756 | 6,266.03 | 720 | TBS | RMA | (B) | RMA/TBS |
| Sysco of Northern New P.O. Box 4657 Portland, ME 04112-4657 | 4,130.68 | 274 | TBS | NAB | (E) | TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Fenton R. Talbott<br>285 S. Bedford Rd.<br>Mt. Kisco, NY 10549 | 5,800.00 | 647 | TBS | MGMT | (B) | TBS/BS SJ |
| Laura Taylor<br>1243 Upper Gold Creek Road<br>Sandpoint, ID 83864 | 2,272.46 | 424 | NWA | NWA | (B) | NWA/TBS |
| Teachers Insurance and Annuity<br>Association of America<br>c/o Roi G. Chandy<br>TIAA-CREF Investments<br>730 Third Avenue<br>New York, NY 10017 | 19,766,732.50 | 96 | TBS | ALL | (E) | TBS |
| The Home Depot Supply, Inc.<br>P.O. Box 509055<br>San Diego, CA 92150 | 9,080.88 | 173 | TBS | CS | (E) | CS/TBS |
| Toth Enterprises<br>4303 Victory Drive<br>Austin, TX 78704-8870 | 955.00 | 180 | TBS | MGMT | (E) | TBS |
| Kimberly Travis<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 3,079.58 | 797 | TBS | TBS ED | (B) | TBS |
| Travis County<br>Attn:David Escamilla<br>P.O. Box 1748<br>Austin, TX 78767 | 34,836.71 | 826.2 | TBS | MGMT | (E) | TBS |
| URM Food Service<br>P.O. Box 3365<br>Spokane, WA 99220-3365 | 2,126.96 | 158 | TBS | NWA | (E) | TBS |
| Donna Venero<br>P.O. Box 2181<br>Lake Arrowhead, CA 92352 | 1,246.00 | 450 | TBS | CS | (B) | CE/CS/TBS |
| Viacom Outdoor Group Inc.<br>c/o Cheifetz Iannitelli Marcolini, P.C.<br>1850 North Central Ave.<br>19th Floor<br>Phoenix, Arizona 85004 | 14,453.16 | 76 | TBS | CE | (E) | TBS ED/CE/TBS |
| Vintage Court Medical<br>102 South First Ave.<br>Sandpoint, ID 83864-1398 | 2,650.00 | 249 | TBS | CE | (E) | TBS |
| Walgreen Company<br>P.O. Box 90484<br>Chicago, IL 60696-484 | 1,001.00 | 336 | TBS | TBS ED | (E) | TBS |
| Rena Waltering-Villanueva<br>P.O. Box 1067<br>Bonners Ferry, ID 83805 | 1,877.39 | 527 | TBS | RMA | (B) | RMA/TBS |
| Walts Brake & Supply Inc<br>3890 NW Gainsville Rd.<br>Ocala, FL 34475-3433 | 5,261.73 | 205 | TBS | BSF | (E) | TBS |
| Thomas A. Waters<br>1513 Shadow Mountain Court<br>Fort Collins, CO 80535 | 68,956.35 | 145 | TBS | RMA | (C) | TBS |
| Lorie L. Watson<br>P.O. Box 252<br>Lee Vining, CA 93541 | 165.00 | 251 | TBS | CS | (E) | TBS/CE/CS |
| Butler Pappas Weihmuller<br>One Harbor Place, Ste 500<br>777 S. Harbour Island<br>Tampa, fl 33602 | 38,919.11 | 447 | TBS | MGMT | (D) | TBS |
| Carol Wells<br>6689 Commanche<br>Bonners Ferry, ID 83805 | 4,047.43 | 650 | TBS | NWA | (B) | NWA/TBS |
| Robert Westover<br>32236 NE 32 St<br>Carnation, WA 98014 | 22,226.11 | 24 | TBS | CS | (C) | CS/TBS |
| Pamela Wilson<br>20427 16th Place NW<br>Seattle, WA 98177-2259 | 8,046.00 | 300 | TBS | NWA | (C) | TBS |
| Justin Wortley<br>HCR 1 Box 313<br>Naples, ID 83847 | 1,375.63 | 13 | TBS | NWA | (B) | TBS |

**The Brown Schools, Inc.**
**Case #05-10841**
**Debtor Reclass**

| Name of Claimant and Address | Claim Amount | Claim Number | Asserted Case | Modified Debtor Classification | Reason for Disallowance | Debtor assertion included Case name and/or number for: |
|---|---|---|---|---|---|---|
| Xtreme Machine, Inc. P.O. Box 28 Bonners Ferry, ID 83805-0028 | 806.52 | 659 | RMA | NWA | (E) | RMA |
| Yonemoto & Associates 11830 Southwick Ct. Dublin, CA 94568-1082 | 17,432.50 | 311 | CS | CE | (E) | CS |

LEGEND:
The Brown Schools, Inc. ("TBS")
The Brown Schools Management Corporation ("MGMT")
The Brown Schools Education Corporation ("TBS ED")
CEDU Education, Inc. ("CE")
CEDU Schools, Inc. ("CS")
North American Boarding Schools, Inc. ("NAB")
Rocky Mountain Academy, Inc. ("RMA")
Northwest Academy, Inc. ("NWA")
The Brown Schools of Florida, Inc. ("BSF")
TBS Holdings, Inc. ("HLDGS")
The Brown Schools of San Juan, Inc. ("BS SJ")
The Brown Schools, Inc. et al ("ALL")

(A) Agreed with creditor to allow claim as an unsecured claim against modified debtor classification in amount reflected on Exhibit
(B) Modified debtor classification for employee based on debtor payroll records
(C) Modified debtor classification for claimants relating to tuition based on entity to which child was enrolled in
(D) Modified debtor classification based on review of debtor's books and records
(E) Modified debtor classification based on review of debtor's books and records and claimant's supporting documentation
(F) Modified debtor classification for contracted services based on creditor's supporting documentation
(G) Agreed with creditor to keep claim in The Brown Schools, Inc.
(H) Agreed with creditor to keep claim in The Brown Schools of Florida, Inc.