# AMENDED EXHIBIT D -

# RECLASSIFIED CLAIMS

# SECURED TO PRIORITY UNSECURED GENERAL UNSECURED

The Brown Schools, Inc.
Case #05-10841
Secured to Priority/Unsecured

Exhibit D

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted with Incorrect Secured Status | | | | Modified Claim | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Priority | Unsecured | Total | Modified Debtor Classification | Secured | Priority | Unsecured | Total |
| Bonner County Tax Collector
215 South First Avenue
Sandpoint, Idaho 83864 | 262 | CE | 1,977.16 | - | - | 1,977.16 | CE | - | - | 1,977.16 | 1,977.16 |
| Asserted Claim: Claimant's secured claim consists of amounts due for property taxes, penalties and interest | | | | | | | | | | | |
| Modified Claim: There are no assets held by the debtor representing collateral for the asserted secured claim of $1,977.16 for property taxes and amount was reclassified as unsecured. | | | | | | | | | | | |
| Bonners Ferry Appliance
PO Box 239
Bonners Ferry, ID 83805 | 454 | RMA | 746.29 | - | - | 746.29 | RMA | - | - | 746.29 | 746.29 |
| Asserted Claim: Claimant's secured claim consists of amounts due for appliances | | | | | | | | | | | |
| Modified Claim: There are no assets held by the debtor representing collateral for the asserted secured claim of $746.29 for appliances and amount was reclassified as unsecured. | | | | | | | | | | | |
| Lexington Insurance Company
c/o AIG Law Department - Bankruptcy
David A. Levin, Esq.
70 Pine Street, 31st Floor
New York, NY 10270 | 654 | ALL | 250,644.30 | - | - | 250,644.30 | ALL | - | - | 250,644.30 | 250,644.30 |
| Asserted Claim: Claimant's secured claim consists of amounts due for related insurance program costs | | | | | | | | | | | |
| Modified Claim: There are no assets held by the debtor representing collateral for the asserted secured claim of $250,644.30 for related insurance program costs and amount was reclassified as unsecured. | | | | | | | | | | | |
| Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952 | 345 | HC | 8,652,324.67 | 15,871.89 | 3,798.57 | 8,671,995.13 | HC | - | - | 8,671,995.13 | 8,671,995.13 |
| Asserted Claim: Claimant's secured claim consists of amounts due for taxes, penalties and interest | | | | | | | | | | | |
| Modified Claim: There are no assets held by the debtor representing collateral for the asserted secured claim of $8,671,995.13 for taxes and amount was reclassified as unsecured. | | | | | | | | | | | |
| Teachers Insurance and Annuity
Association of America
c/o Roi G. Chandy
TIAA-CREF Investments
730 Third Avenue
New York, NY 10017 | 96 | TBS | 19,766,732.50 | - | - | 19,766,732.50 | ALL | - | - | 8,810,521.68 | 8,810,521.68 |
| Asserted Claim: Claimant's secured claim consists of amounts due for senior secured notes | | | | | | | | | | | |
| Modified Claim: Assets which were basis for secured amount have been liquidated and paid to the creditor; There are no assets held by the debtor representing collateral for the asserted secured claim of $8,810,521.68 and amount was reclassified as unsecured as agreed with the creditor. | | | | | | | | | | | |

The Brown Schools, Inc.
Case #05-10841
Secured to Priority/Unsecured

Exhibit D

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted with Incorrect Secured Status | | | | Modified Debtor Classification | Modified Claim | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Priority | Unsecured | Total | | Secured | Priority | Unsecured | Total |
| Travis County<br>c/o Karon Y. Wright<br>P.O. Box 1748<br>Austin, TX 78767 | 826.2 | TBS | 34,836.71 | - | - | 34,836.71 | MGMT | - | 34,836.71 | - | 34,736.71 |

Asserted Claim: Claimant's secured claim consists of amounts due for property taxes
Modified Claim: Pursuant to an agreement with the claimant, amounts due for property taxes of $34,836.71 were reclassified as an unsecured priority

LEGEND:
The Brown Schools, Inc. ("TBS")
The Brown Schools Management Corporation ("MGMT")
CEDU Education, Inc. ("CE")
Rocky Mountain Academy, Inc. ("RMA")
Healthcare AHGI, Inc. ("HC")
The Brown Schools, Inc. et al ("ALL")

# AMENDED EXHIBIT E -

# RECLASSIFIED CLAIMS

# UNSECURED TO PRIORITY

The Brown Schools, Inc.
Case #05-10841
Unsecured to Priority Reclass

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted with Incorrect Unsecured Status | | | | Modified Debtor Classification | Modified Claim | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Priority | Unsecured | Total | | Secured | Priority | Unsecured | Total |
| JoAnn Neumayer<br>Rt. 1 Box 3842<br>Bonners Ferry, ID 83805 | 461 | RMA | - | - | 352.17 | 352.17 | NWA | - | 352.17 | - | 352.17 |
| Asserted Claim: Claimant's unsecured claim consists of wages of $352.17 | | | | | | | | | | | |
| Modified Claim: Wages claimed totaling $352.17 ($9.03/hr x 39hrs) was earned inside 90 days and was reclassified to priority | | | | | | | | | | | |
| Aaron Purcell<br>42 Queens Street<br>Steilacoom, WA 98388 | 604 | CE | - | - | 26,416.01 | 26,416.01 | RMA | - | 2,225.00 | 24,191.01 | 26,416.01 |
| Asserted Claim: Claimant's unsecured claim consists of pre-paid tutition | | | | | | | | | | | |
| Modified Claim: Of the claimant's unsecured balance, $2,225.00 was allowed and reclassified as an unsecured priority under U.S.C. §507(a)(6) | | | | | | | | | | | |
| Robert Robles & Donna DiCenzo<br>67 Tara Rd<br>Orinda, CA 94563 | 224 | CE | - | - | 13,279.76 | 13,279.76 | CS | - | 2,225.00 | 11,504.76 | 13,279.76 |
| Asserted Claim: Claimant's unsecured claim consists of pre-paid tutition | | | | | | | | | | | |
| Modified Claim: Of the claimant's unsecured balance, $2,225.00 was allowed and reclassified as an unsecured priority under U.S.C. §507(a)(6) | | | | | | | | | | | |
| Michael & Ann White<br>210 E. 2nd Ave., Suite 300<br>Rome, GA 30161-1707 | 723 | NAB | - | - | 5,750.00 | 5,750.00 | NAB | - | 2,225.00 | 3,525.00 | 5,750.00 |
| Asserted Claim: Claimant's unsecured claim consists of pre-paid tutition | | | | | | | | | | | |
| Modified Claim: Of the claimant's unsecured balance, $2,225.00 was allowed and reclassified as an unsecured priority under U.S.C. §507(a)(6) | | | | | | | | | | | |

LEGEND:
CEDU Education, Inc. ("CE")
North American Boarding Schools, Inc. ("NAB")
Rocky Mountain Academy, Inc. ("RMA")
Northwest Academy, Inc. ("NWA")
Cedu Schools, Inc. ("CS")

# AMENDED EXHIBIT H -

# LATE FILED CLAIMS

**The Brown Schools, Inc.**
**Case #05-10841**
**Late filed claims**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | Reason for Disallowance |
|---|---|---|---|---|
| Sadegh Abasaghi<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 785 | TBS | 2,735.47 | (A) |
| Stanley Alexander, Jr.<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 786 | TBS | 3,882.13 | (A) |
| Cyril Anyanwu<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 788 | TBS | 3,796.98 | (A) |
| Samuel Appiah<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 789 | TBS | 2,987.69 | (A) |
| Arun Bangura<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 775 | TBS | 2,735.35 | (A) |
| Helen Barnaby<br>c/o William I. Kohn<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606 | 815 | CE | 11,800.00 | (A) |
| John Barnard<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 776 | TBS | 4,226.05 | (A) |
| Raymond Bradford, Jr.<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 777 | TBS | 4,226.05 | (A) |
| Vanessa Brown<br>3616 Navajo Dr.<br>Prescott Valley, AZ 86314 | 500 | RMA | 1,934.48 | (A) |
| Delia Brown<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 778 | TBS | 2,929.12 | (A) |
| Christopher Burley<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 779 | TBS | 2,987.68 | (A) |
| Joni Byerly<br>6490 Fillmore Street<br>Bonners Ferry, ID 83805 | 813 | RMA | 557.22 | (A) |
| Carolyn Cantu<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 780 | TBS | 3,989.01 | (A) |
| Patrick Chukwu<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 781 | TBS | 3,037.67 | (A) |
| Citibank (USA) N.A.<br>Conoco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | 817 | CE | 3,509.04 | (A) |

**The Brown Schools, Inc.**
**Case #05-10841**
**Late filed claims**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | Reason for Disallowance |
|---|---|---|---|---|
| Nina Cofer<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 782 | TBS | 4,913.53 | (A) |
| Debbie Davis<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 773 | TBS | 3,077.29 | (A) |
| Dell Financial Services, L.P.<br>Collections/Consumer Bankruptcy<br>122348 North I-35<br>Austin, TX 78753-1705 | 828 | TBS | 3,929.83 | (A) |
| Betty Dowdell<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 771 | TBS | 3,989.12 | (A) |
| Anthony Etoama<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 770 | TBS | 2,877.03 | (A) |
| Mary French<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 769 | TBS | 4,204.90 | (A) |
| Harcourt<br>P.O. Box 0841<br>Carol Stream, IL 60132-0001 | 607 | TBS | 16,650.01 | (A) |
| Highsmith, Inc.<br>5527 W. State Road 106<br>Fort Atkinson, WI 53538 | 802 | RMA | 59.77 | (A) |
| Hill Country Emergency Physicians<br>P.O. Box 2283<br>Mansfield, TX 76063 | 820 | TBS | 195.00 | (A) |
| Diane Hubbell<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 768 | TBS | 6,782.54 | (A) |
| Vivian Hutchinson<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 767 | TBS | 5,272.38 | (A) |
| Idaho Commerce and Labor<br>Employer Accounts Bureau<br>317 W. Main Street<br>Boise, ID 83735-0760 | 807 | MGMT | 32.49 | (B) |
| Idaho State Tax Commission<br>Bankruptcy Unit<br>P.O. Box 36<br>Boise, ID 83722 | 827 | TBS | 6,257.88 | (B) |
| Yolanda Jacobs-Bradley<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 766 | TBS | 2,963.29 | (A) |
| Ellames Kelly-Molo<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 765 | TBS | 3,319.67 | (A) |

**The Brown Schools, Inc.**
**Case #05-10841**
**Late filed claims**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | Reason for Disallowance |
|---|---|---|---|---|
| Kimberlin Rodriguez<br>47 Vesta Street<br>San Francisco, CA 94124 | 814 | CE | 14,859.79 | (A) |
| Stephen Koroma<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 764 | TBS | 2,711.07 | (A) |
| Julia Landry<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 763 | TBS | 4,775.11 | (A) |
| LePaula Lang-Jarmon<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 762 | TBS | 3,146.09 | (A) |
| Susan Lehrer<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 761 | TBS | 4,204.90 | (A) |
| Gayle Lindner<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 760 | TBS | 3,661.93 | (A) |
| Kenneth Livingston<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 759 | TBS | 4,339.40 | (A) |
| Dennis Love<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 758 | TBS | 5,011.79 | (A) |
| Obiora Maduagwuna<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 757 | TBS | 3,134.24 | (A) |
| Irene Mayer<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 756 | TBS | 4,315.55 | (A) |
| Suman Mehta<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 755 | TBS | 3,471.53 | (A) |
| Connaelia Moyston-Ferguson<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 754 | TBS | 3,254.57 | (A) |
| Brian Potter & Kathleen Mulroy<br>93 Krystle Loop<br>Sagle, ID 83860 | 809 | TBS | 24,272.46 | (A) |
| Bradley Navarro<br>6214 Fir Street<br>Bonners Ferry, ID 83805 | 811 | TBS | 3,193.25 | (A) |
| Bradley Navarro<br>6214 Fir Street<br>Bonners Ferry, ID 83805 | 812 | TBS | 4,808.76 | (A) |

**The Brown Schools, Inc.**
**Case #05-10841**
**Late filed claims**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | Reason for Disallowance |
|---|---|---|---|---|
| Obiora Nweke<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 752 | TBS | 2,735.47 | (A) |
| Novolyn Okotie<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 753 | TBS | 3,319.67 | (A) |
| Old Cutter Inn<br>143 Pinkham Road<br>East Burke, VT 09832 | 810 | TBS | 95.38 | (A) |
| Gregory Oliveros<br>9200 S.E. Sunnybrook Blvd., #150<br>Clackamas, OR 97015 | 821 | TBS | 60,991.80 | (A) |
| Darrien Phillips<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 751 | TBS | 3,905.49 | (A) |
| Pitney Bowes Credit Corporation<br>Attn: Recovery Department<br>27 Waterview Dr.<br>Shelton, CT 06484-4361 | 816 | CE | 1,553.50 | (A) |
| Pitney Bowes Credit Corporation<br>Attn: Recovery Department<br>27 Waterview Dr.<br>Shelton, CT 06484-4361 | 822 | ABC | 2,977.08 | (A) |
| Stephen Quell<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 791 | TBS | 4,990.32 | (A) |
| Ledicia Quell<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 796 | TBS | 3,146.07 | (A) |
| Irene Rodriguez<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 793 | TBS | 4,932.75 | (A) |
| Rhoda A. Runzheimer<br>c/o Anne FB Weissmueller<br>P.O. Box 3262<br>Milwaukee, WI 53201-3262 | 804 | TBS | 13,035.00 | (A) |
| Ellen Savoy<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 794 | TBS | 5,120.99 | (A) |
| Spencer's Auto Service<br>P.O. Box 99<br>Sutton, VT 05867-0099 | 750 | TBS | 4,223.34 | (A) |
| State Board of Equalization<br>Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0055 | 819 | CS | 834.84 | (B) |
| Janice Thibodeaux<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 795 | TBS | 3,043.02 | (A) |

**The Brown Schools, Inc.**
**Case #05-10841**
**Late filed claims**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | Reason for Disallowance |
|---|---|---|---|---|
| Brett Thorne<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 784 | TBS | 3,077.41 | (A) |
| Steve Wagner<br>Box 456<br>Moyie Springs, ID 83845 | 568 | NWA | 4,301.16 | (A) |
| Rhonda Walker<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 790 | TBS | 3,037.61 | (A) |
| Rayola Wilson<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 798 | TBS | 3,471.53 | (A) |
| Glenda Wright<br>JPD Education Services<br>1310 Prairie St. Suite 1080<br>Houston, TX 77002-2098 | 799 | TBS | 3,077.32 | (A) |

LEGEND:
The Brown Schools, Inc. ("TBS")
The Brown Schools Management Corporation ("MGMT")
CEDU Education, Inc. ("CE")
CEDU Schools, Inc. ("CS")
Rocky Mountain Academy, Inc. ("RMA")
Northwest Academy, Inc. ("NWA")
Austin Business Corporation ("ABC")

(A) Claim filed after bar date of 10/26/05
(B) Claim filed after governmental bar date of 9/21/05

# AMENDED EXHIBIT I - DUPLICATE CLAIMS

Exhibit I

**The Brown Schools, Inc.**
**Case #05-10841**
**Duplicate Claims**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | | Reason for Disallowance |
|---|---|---|---|---|---|
| Janet Allen<br>714 East 37th<br>Houston, TX 77022 | 218 | TBS | 1,325.89 | (A) | Duplicate of claim #787 |
| American Materials<br>P.O. Box 1088<br>Bonners Ferry, ID 83805-1088 | 206 | TBS | 7,100.00 | (A) | Duplicate of claim #171 |
| Arrowhead Group Consulting<br>3424 N. Del Rosa Avenue, Suite B<br>San Bernardino, CA 92404-2801 | 304 | TBS | 560.00 | (A) | Duplicate of claim #117 |
| Atlantic Mutual Insurance Company<br>48 Wall Street, 26th Floor<br>New York, NY 10268-1094 | 818 | ALL | 1,591,099.00 | (A) | Duplicate of claim #824 |
| Aztec Uniform & Towel Rental<br>PO Box 5894<br>San Bernardino, CA 92412-5894 | 279 | CS | 904.30 | (A) | Duplicate of claim #60 |
| Aztec Uniform & Towel Rental<br>PO Box 5894<br>San Bernardino, CA 92412-5894 | 280 | CS | 2,465.91 | (A) | Duplicate of claim #61 |
| Aztec Uniform & Towel Rental<br>PO Box 5894<br>San Bernardino, CA 92412-5894 | 281 | CS | 2,812.14 | (A) | Duplicate of claims #62 |
| Ellen Ball<br>16310 Clay Pigeon Court<br>Missouri City, TX 77489 | 128 | TBS | 4,155.45 | (A) | Duplicate claim #774 |
| Barton Pharmacy<br>155 B Main Street<br>Barton, VT 05822 | 189 | TBS | 2,049.54 | (A) | Duplicate of claim #131 |
| Basic Backflow<br>3424 N. Del Rosa Avenue, Suite B<br>San Bernardino, CA 92404-2801 | 314 | TBS | 560.00 | (A) | Duplicate of claim #117 |
| Carol Bera<br>P.O. Box 599<br>Running Springs, CA 92382 | 46 | CS | 10,573.00 | (A) | Duplicate of claim #47 |
| Katie Bourgssa<br>P.O. Box 1865<br>Bonners Ferry, ID 83805 | 696 | NWA | 911.28 | (A) | Duplicate of claim #697 |
| Kay Brocke<br>P.O Box 61<br>Sandpoint, ID 83864 | 829 | NWA | 4,311.00 | (A) | Duplicate of claim #394 |
| Daniel F. Casella<br>P.O. Box 2722<br>Running Springs, CA 92382-2722 | 55 | TBS | 5,388.00 | (A) | Duplicate of claim #277 |
| Vickie Clark<br>P.O. Box 2138<br>Running Springs, CA 92382 | 485 | CS | 1,401.30 | (A) | Duplicate of claim #34 |
| Colonial Healthcare Services, Inc.<br>c/o Pomeranz & Associates, P.A.<br>12955 Biscyane Boulevard, Suite 202<br>North Miami, FL 33181 | 726 | TBS | 32,213.47 | (A) | Duplicate of claim #727 |
| Colonial Healthcare Services, Inc.<br>c/o Pomeranz & Associates, P.A.<br>12955 Biscyane Boulevard, Suite 202<br>North Miami, FL 33181 | 728 | TBS | 32,213.47 | (A) | Duplicate of claim #727 |

*continued* (notation next to Carol Bera row)
*continued* (notation next to Daniel F. Casella row)

Exhibit I

**The Brown Schools, Inc.**
**Case #05-10841**
**Duplicate Claims**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | | Reason for Disallowance |
|---|---|---|---|---|---|
| Dallas County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201 | 292 | TBS | 2,271.07 | (A) | Duplicate of claim #805 |
| Emmitt Daniels<br>1506 Rushworth Drive<br>Houston, TX 77014 | 104 | TBS | 5,048.85 | (A) | Duplicate of claim #783 |
| Neal R. Davis<br>1313 North Division #B<br>Sandpoint, ID 83864 | 26 | TBS | 6,540.97 | (A) | Duplicate of claim #480 |
| Mack Deshay, Jr.<br>1214 Lexington Blvd<br>Missouri City, TX 77482 | 129 | TBS | 3,782.03 | (A) | Duplicate of claim #772 |
| Lakendra Dixon and Marilyn Dixon<br>c/o Joe Glick, Esq<br>Joseph A. Glick, P.A.<br>Two Datron Center<br>9130 S. Dadeland Blvd., Suite 1218<br>Miami, FL 33156-7850 | 412 | TBS | 2,000,000.00 | (A) | Duplicate of claim #82 |
| Richard & Saundra Eaves<br>c/o David Butler, Esq.<br>Butler & Butler<br>810 SW C Avenue<br>Lawton, Oklahoma 73501-4320 | 669 | HLDGS | - | (A) | Duplicate of claim #668 |
| Goldworm, Rob<br>1210 Superior Street<br>Sandpoint, ID 83864-1736 | 352 | TBS | 4,639.75 | (A) | Duplicate of claim #229 |
| Evelyn Holloway<br>15122 Chasehill<br>Missouri City, TX 77489-2331 | 260 | TBS | 3,875.00 | (A) | Duplicate of claim #100 |
| J.C. Carpenter & Company<br>11646 Riverchase Run<br>West Palm Beach, FL 33412-1616 | 194 | TBS | 48,325.00 | (A) | Duplicate of claim #107 |
| Roxann Lee Johnson<br>P.O. Box 2991<br>Running Springs, CA 92382 | 703 | CS | 2,041.06 | (A) | Duplicate of claim #231 |
| Mason Jones<br>397 Park Lane<br>Sandpoint, ID 83864 | 30 | TBS | 6,454.64 | (A) | Duplicate of claim #479 |
| KM Produce<br>P.O. Box 444<br>Highland, CA 92346-0444 | 161 | CS | 5,962.30 | (A) | Duplicate of claim #153 and claim #200 |
| KM Produce<br>P.O. Box 444<br>Highland, CA 92346-0444 | 200 | TBS | 5,962.30 | (A) | Duplicate of claim #153 and claim #161 |
| Law Offices of Randy Leavitt<br>P.O. Box 684550<br>Austin, TX 78768-4550 | 390 | TBS | 52,168.81 | (A) | Duplicate of claim #389 |
| Lawton Bros., Inc.<br>1507 South Pine Avenue<br>Ocala, Florida 34474 | 823 | TBS | 962.73 | (A) | Duplicate of claim #252 |
| Mae R. Levin<br>4689 Columbia Road<br>Ellicott City, MD 21042-5991 | 296 | TBS | 54,476.38 | (A) | Duplicate of claim #78 |
| Gayle Lindner<br>19450 Cypress Arbor<br>Katy, TX 77449 | 160 | TBS | 4,503.94 | (A) | Duplicate of claim #760 |

*continued* (annotations marked beside several rows)

Exhibit I

**The Brown Schools, Inc.**
**Case #05-10841**
**Duplicate Claims**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | | Reason for Disallowance |
|---|---|---|---|---|---|
| Lockton Companies of Houston<br>c/o Brian T. Fenimore<br>Lathrop & Gage L.C.<br>2345 Grand Blvd., Suite 2800<br>Kansas City, MO 64108 | 287 | MGMT | 200,100.00 | (A) | Duplicate of claim #244 |
| Lynne Matthews<br>c/o Mary Alice McLarty<br>The McLarty Firm, PC<br>3811 Turtle Creek Blvd., Suite 1400<br>Dallas, TX 75219 | 282 | TBS | 23,302.17 | (A) | Duplicate of claim #192 |
| Steven McLaurin<br>PO Box 213<br>Running Springs, CA 92382 | 484 | CS | 4,045.88 | (A) | Duplicate of claim #35 |
| Lorainne Miller<br>P.O. Box 2523<br>Sandpoint, ID 83864 | 121 | TBS | 1,680.00 | (A) | Duplicate of claim #77 |
| North American Van Lines<br>Glenn M. Reisman, Esq.<br>Attorney for North American Van Lines<br>Two Corporate Drive, Suite 648<br>P.O. Box 861<br>Shelton, CT 06484-0861 | 221 | CE | 7,530.66 | (A) | Duplicate of claim #207 |
| Pearson Education Inc.<br>Pearson Business Services<br>Attn: Risk PE # 2331919<br>200 Old Tappan Road,<br>Old Tappan, NJ 07675 | 374 | NWA | 2,090.49 | (A) | Duplicate of claim #84 |
| Pearson Business Services<br>Attn: PE 2480146<br>200 Old Tappan Rd<br>Old Tappan, NJ 07675 | 468 | TBS | 7,064.27 | (A) | Duplicate of claim #83 |
| Restaurant Appliance Service<br>7219 Roosevelt Way NE<br>Seattle, WA 98115 | 151 | NWA | 297.44 | (A) | Duplicate of claim #89 |
| Beverly Roberts<br>1506 Rushworth Drive<br>Houston, TX 77014 | 103 | TBS | 8,076.92 | (A) | Duplicate of claim #792 *continued* |
| Rhoda A. Runzheimer<br>c/o Anne FB Weissmueller<br>P.O. Box 3262<br>Milwaukee, WI 53201-3262 | 806 | NWA | 13,035.00 | (A) | Duplicate of claim #804 |
| Shawna Savage<br>c/o Gary L. Bledsoe<br>316 West 12th Street, Suite 307<br>Austin, Texas 78701-1844 | 188 | TBS | 100,000.00 | (A) | Duplicate of claim #59 |
| Dorian N. Sheehan<br>P.O.Box 8541<br>Green Valley Lake, CA 92341 | 70 | CS | 5,679.00 | (A) | Duplicate of claim #271 |
| Stednitz, Larry Ph. D.<br>446 Arbutus<br>Morro Bay, CA 93442-2604 | 305 | TBS | 4,540.00 | (A) | Duplicate of claim #170 |
| Stericycle, Inc.<br>13975 Polo Trail Dr. Ste 201<br>Lake Forest, IL 60045 | 399 | TBS | 143.24 | (A) | Duplicate of claim #240 |
| Gudrun Stuart<br>P.O. Box 1351<br>Running Springs, CA 92382 | 278 | CS | 20,370.32 | (A) | Duplicate of claim #36 *continued* |

Exhibit I

57 of 71

**The Brown Schools, Inc.**
**Case #05-10841**
**Duplicate Claims**

| Name of Claimant and Address | Claim Number | Asserted Debtor | Claim Asserted | | Reason for Disallowance |
|---|---|---|---|---|---|
| Thomas P. Riley<br>c/o John C. Hutchins, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>75 State Street<br>Boston, MA 02109 | 748 | TBS | - | (A) | Duplicate of claim #631 |
| Kimberly Travis<br>19335 Richland Springs Drive<br>Houston, TX 77037 | 105 | TBS | 3,821.84 | (A) | Duplicate of claim #797 |
| URM Food Service<br>P.O. Box 3365<br>Spokane, WA 99220-3365 | 119 | NWA | 2,127.36 | (A) | Duplicate of claim #158 |
| Michael & Ann White<br>210 E. 2nd Ave., Suite 300<br>Rome, GA 30161-1707 | 722 | CS | 5,750.00 | (A) | Duplicate of claim #723 |
| Michael & Ann White<br>210 E. 2nd Ave., Suite 300<br>Rome, GA 30161-1707 | 721 | NWA | 3,750.00 | (A) | Duplicate of claim #723 |
| Michael & Ann White<br>210 E. 2nd Ave., Suite 300<br>Rome, GA 30161-1707 | 725 | RMA | 5,750.00 | (A) | Duplicate of claim #723 |
| Michael & Ann White<br>210 E. 2nd Ave., Suite 300<br>Rome, GA 30161-1707 | 724 | TBS | 5,750.00 | (A) | Duplicate of claim #723 |

*continued*

LEGEND:
The Brown Schools, Inc. ("TBS")
The Brown Schools Management Corporation ("MGMT")
CEDU Education, Inc. ("CE")
CEDU Schools, Inc. ("CS")
Rocky Mountain Academy, Inc. ("RMA")
Northwest Academy, Inc. ("NWA")
TBS Holdings, Inc. ("HLDGS")
The Brown Schools, Inc. et al ("ALL")

(A) Duplicate claims filed